IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Juma Gulzar, and** | ) | |
| **All Other Similarly Situated** | ) | |
| **Plaintiffs,** | ) | Civil Action |
| | ) | File No. 4:14-cv-01088 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Arfiana Eagles, Inc.; Kayam** | ) | |
| **Ventures, L.L.C.; Lokhandwala** | ) | **JURY DEMANDED** |
| **Investment Group, LLC; Aziz** | ) | |
| **Kasambhai Prasla; Mehrim Aziz** | ) | |
| **Prasla; and, Sultan Alibhai Momin** | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Having considered the parties' Joint Motion for Approval of the FLSA Settlement Agreement and Dismissal with Prejudice, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED the Settlement Agreement is approved as fair and reasonable. Plaintiff's claims against all Defendants are dismissed with prejudice. Each party shall be responsible for its own costs.

Signed at Houston, Texas, this _____ day of _____, _____.

_____
**UNITED STATES DISTRICT JUDGE**