UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUMA GULZAR, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-1088 |
| | § | |
| ARFIANA EAGLES, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Having considered the parties' joint motion for approval of the FLSA settlement agreement and dismissal with prejudice, the Court is of the opinion that the motion should be GRANTED.

It is, therefore, ORDERED the Settlement Agreement is approved as fair and reasonable. The plaintiff's claims against all defendants are dismissed with prejudice. Each party shall be responsible for its own costs.

SIGNED on this 14th day of January, 2015.

_____

Kenneth M. Hoyt
United States District Judge